```
ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00251-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET COMPETENCY EVALUATION; ORDER |
| v. | DATE: December 1, 2025 |
| ZAHRIA KIANA BARBER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

## STIPULATION

This case was originally set for sentencing hearing on October 6, 2025.

At the October 6, 2025, as set forth on the record, the parties motioned the Court for a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a). The Court continued the sentencing hearing to December 1, 2025 and ordered the parties to file a stipulation and order for a psychological examination within 14 days.

For the reasons set forth on the the record on October 6, 2025, the parties hereby stipulate that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

The parties stipulate and request that that the Court order psychological examination of the defendant pursuant to 18 U.S.C. § 4241(b).

STIPULATION FOR COMPETENCY EVALUATION                         1

The parties believe that such psychological examination will aid the Court and the parties. The parties further stipulate and request that the Court order that:

(1) the defendant Zahria Kiana Barber shall submit to a mental competency evaluation to assess her competency to be sentenced in this case;

(2) the mental competency evaluation shall be conducted by: Ari Kalechstein, Ph.D., Executive Mental Health, Inc., 11835 Olympic Blvd. Suite 1270E, Los Angeles, CA 90064;

(3) such evaluation shall address the legal issue of competency of Zahria Kiana Barber, Dr. Kalechstein shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavior observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews;

(4) the report regarding the competency evaluation shall be returned to the Court and the parties by December 20, 2025;

(5) the previously scheduled sentencing hearing on December 1, 2025 be vacated; and

(6) this matter be set for a competency hearing and sentencing hearing on January 12, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: October 20, 2025
ERIC GRANT
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 20, 2025
/s/ DAVID PAQUIN
DAVID PAQUIN
Counsel for Defendant

STIPULATION FOR COMPETENCY EVALUATION                2

**ORDER**

On October 6, 2025, the parties appeared for defendant's sentencing hearing. At the hearing, the parties motioned the Court for a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a). The Court continued the sentencing hearing to December 1, 2025 and ordered the parties to file a stipulation and order for a psychological examination within 14 days. Notably, at that hearing Ms. Barber agreed to submit to a psychiatric/psychological evaluation and expressed agreement that such an evaluation could be helpful to her.

After consideration of the statements made on the record at the hearing, and the record in this case, the Court hereby finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

The Court hereby grants the stipulation of the parties. The Court also finds that a psychological examination of the defendant pursuant to 18 U.S.C. § 4241(b) will aid the Court and the parties.

Accordingly, the Court hereby **ORDERS** that:

(7) the defendant Zahria Kiana Barber shall submit to a mental competency evaluation to assess her competency to be sentenced in this case;

(8) the mental competency evaluation shall be conducted by: Ari Kalechstein, Ph.D., Executive Mental Health, Inc., 11835 Olympic Blvd. Suite 1270E, Los Angeles, CA 90064;

(9) such evaluation shall address the legal issue of competency of Zahria Kiana Barber, Dr. Kalechstein shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavior observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews;

(10) the report regarding the competency evaluation shall be returned to the Court and the parties by December 20, 2025;

///

    (11)    the previously scheduled sentencing hearing on December 1, 2025 is vacated; and

    (12)    this matter is set for a competency hearing and sentencing hearing on January 12, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 21, 2025**

UNITED STATES DISTRICT JUDGE

STIPULATION FOR COMPETENCY EVALUATION