ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00251-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISCLOSE PSR |
| v. | DATE: December 1, 2025 |
| ZAHRIA KIANA BARBER, | TIME: 9:00 am |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION TO DISCLOSE PSR**

On October 21, 2025, based on the stipulation of the parties, the Court entered and order setting a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a). (ECF #64). As part of the Order, the Court ordered that defendant submit to a mental competency evaluation to assess her competency to be sentenced in this case and that the mental competency evaluation be conducted by: Ari Kalechstein, Ph.D., Executive Mental Health, Inc., 11835 Olympic Blvd. Suite 1270E, Los Angeles, CA 90064.

Dr. Kalechstein has requested the parties provide him with any records the parties possess, including the Presentence Investigation Report ("PSR", ECF 44).

Pursuant to Local Rule 460(b), the parties stipulate and request that the Court enter an order authorizing the disclosure of the defendant's Presentence Investigation Report ("PSR", ECF 44) to Ari

Kalechstein, Ph.D. in order for Dr. Kalechstein to complete his psychological evaluation of the defendant. Dr. Kalechstein will use the PSR for his evaluation of the defendant and for no other purpose, and agrees not to disseminate it outside to any person other than, as necessary, his staff.

Disclosure of the PSR is "prohibited without the consent of the sentencing judge." ECF 44 at 2. Here, disclosure of the PSR is appropriate and will serve the ends of justice because it will assist Dr. Kalechstein in completing his psychological evaluation of the Defendant. Accordingly, the parties stipulate and request that the Court authorize disclosure of the PSR (ECF 77) to Dr. Kalechstein for his use in completing his psychological evaluation of the Defendant.

Dated: November 4, 2025

ERIC GRANT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: November 4, 2025

/s/ DAVID PAQUIN
DAVID PAQUIN
Counsel for Defendant

### ORDER AUTHORIZING DISCLOSURE OF PSR

Based on the Stipulation to Disclose PSR, and pursuant to Local Rule 460(b), it is HEREBY ORDERED that the PSR for defendant Zahria Barber (ECF 44) is authorized to be disclosed to Ari Kalechstein, Ph.D., Executive Mental Health, Inc., 11835 Olympic Blvd. Suite 1270E, Los Angeles, CA 90064. Dr. Kalechstein agrees to use the PSR for the sole purpose of conducting a psychological evaluation of defendant Zahria Barber and shall not disseminate it to any third party, other than to office staff as necessary to assist Dr. Kalechstein in his evaluation of the defendant.

IT IS SO ORDERED.

Dated: **November 5, 2025**

UNITED STATES DISTRICT JUDGE