ERIC GRANT
United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-CR-00251-JLT |
| Plaintiff, | ORDER |
| v. | |
| ZAHRIA BARBER, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the sentencing hearing that is scheduled for February 9, 2026, is continued until May 11, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES DISTRICT JUDGE